# Order

Court
Lansing, Michigan

February 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

147860(96)


THE SERVICE SOURCE, INC. and THE
SERVICE SOURCE FRANCHISE, LLC,
        Plaintiffs-Appellees,

v

DHL EXPRESS (USA), INC.,
            Defendant-Appellant.
_____/

SC: 147860
COA: 301013
Lenawee CC: 09-003258-CK

On order of the Court, the motion for reconsideration is considered, and it is
DENIED.


BERNSTEIN, J., not participating.




I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015


_____              _____